UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's June 7, 2024 Minute Order, the parties, having conferred, provide the following Joint Status Report and proposed schedule for further proceedings in this Freedom of Information Act ("FOIA") matter:

1. Plaintiffs initiated this action on May 3, 2024, seeking relief under the FOIA based on Plaintiffs' September 2023 and April 2024 requests for records relating to the "monitoring of firearm sales" by government entities. *See generally* Compl. ¶¶ 8–11. Defendant answered the Complaint on June 5, 2024. *See* ECF. No. 6.

2. Defendant's search for records potentially responsive to Plaintiffs' FOIA requests is ongoing. At this time, Defendant is actively coordinating with the FBI component likely to maintain responsive records to identify any such records, which will then be reviewed for responsiveness and the applicability of any FOIA exemptions. Thus, at this time, the total number of potentially responsive records requiring review is unknown. Defendant expects to be able to provide an update in the parties' next Joint Status Report, which the parties propose be filed in approximately 30 days.

3. Defendant does not currently anticipate the need for an *Open America* stay but reserves the right to so move should circumstances change requiring such relief.

4. Accordingly, the parties propose that the file a further Joint Status Report no later than July 22, 2024, to apprise the Court of the status of Defendants' search and release of non-exempt records responsive to Plaintiffs' FOIA requests.

Dated: June 20, 2024
  Washington, DC

*/s/ Robert Jeffrey Olson*
Robert Jeffrey Olson
D.C. Bar # 1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-507085
Rob@wjopc.com

Stephen D. Stamboulieh
D.C. Bar #MS0009
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Tabitha Bartholomew*
  TABITHA BARTHOLOMEW
  D.C. BAR # 1044448
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  202-252-2529
  Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*