UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 7, 2024 Minute Order, the parties, having conferred, provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. Plaintiffs initiated this action on May 3, 2024, seeking relief under the FOIA based on Plaintiffs' September 2023 and April 2024 requests for records relating to the "monitoring of firearm sales" by government entities. *See generally* Compl. ¶¶ 8–11. Defendant answered the Complaint on June 5, 2024. *See* ECF. No. 6.

2. Defendant's search for records potentially responsive to Plaintiffs' FOIA requests is ongoing. At this time, Defendant is actively coordinating with the FBI component likely to maintain responsive records to identify any such records, which will then be reviewed for responsiveness and the applicability of any FOIA exemptions. Thus, at this time, the total number of potentially responsive records requiring review is unknown. Defendant previously reported that it anticipated being able to provide an update during this reporting period, but given that the agency's search for records is still ongoing, is unable to do so at this time. Defendant will continue to coordinate with the relevant components to complete the search and will provide an update in the parties' next Joint Status Report, which the parties propose be filed in approximately 30 days.

3. Defendant does not currently anticipate the need for an *Open America* stay but reserves the right to so move should circumstances change requiring such relief.

4. Accordingly, the parties propose that they file a further Joint Status Report no later than August 21, 2024, to apprise the Court of the status of Defendants' search and release of non-exempt records responsive to Plaintiffs' FOIA requests.

| | |
|---|---|
| Dated: July 19, 2024<br>        Washington, DC | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar #481052 |
| */s/ Stephen D. Stamboulieh* | United States Attorney |
| Robert Jeffrey Olson | |
| D.C. Bar # 1029318 | BRIAN P. HUDAK |
| WILLIAM J. OLSON, PC | Chief, Civil Division |
| 370 Maple Avenue West Suite 4 | |
| Vienna, VA 22180 | |
| (703) 356-507085 | |
| Rob@wjopc.com | |
| | |
| Stephen D. Stamboulieh | By:         */s/ Tabitha Bartholomew* |
| D.C. Bar #MS0009 | TABITHA BARTHOLOMEW |
| STAMBOULIEH LAW, PLLC | D.C. BAR # 1044448 |
| P.O. Box 428 | Assistant United States Attorney |
| Olive Branch, MS 38654 | 601 D Street, NW |
| (601) 852-3440 | Washington, DC 20530 |
| Stephen@sdslaw.us | 202-252-2529 |
| | Tabitha.Bartholomew@usdoj.gov |
| *Counsel for Plaintiffs* | |
| | *Attorneys for the United States of America* |