UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

## JOINT STATUS REPORT

Pursuant to the Court's August 22, 2024 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. On August 21, 2024, the parties filed a Joint Status Report in which Defendant reported that it anticipated making its first monthly rolling release of non-exempt, responsive records to Plaintiffs in November 2024, approximately ninety days out. *See* ECF No. 9. Plaintiffs stated that in their view, Defendant's productions should begin within thirty days. *Id.* In response, the Court "ordered the parties to meet and confer in person (not by video or phone) and submit, on or before September 5, 2024, a further Joint Status Report detailing the parties' plan for a rolling document production." Min. Order (Aug. 22, 2024).

2. The parties met in person on August 26, 2024, as ordered. The parties have agreed that Defendant's first monthly production will be made on or about October 21, 2024. Pursuant to its standard process, the FBI will review 500 pages per month,[1] and will provide monthly interim productions until processing is complete.

---

[1] Any pages that are determined be out of scope or duplicative will not be processed.

3. The parties propose that they file a further joint status report in approximately ninety days, or by November 26, 2024, and every ninety days thereafter, to update the Court on the status of Defendant's processing of Plaintiffs' request. A proposed order is submitted herewith.

Dated: August 28, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
D.C. Bar #MS0009
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

Robert Jeffrey Olson
D.C. Bar # 1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-507085
Rob@wjopc.com

*Counsel for Plaintiffs*

By: _____*/s/ Tabitha Bartholomew*_____
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-1301 (ACR) |

**PROPOSED ORDER**

Upon consideration of the parties' August 28, 2024 Joint Status Report, it is hereby

ORDERED that the parties shall file a further Joint Status Report on or before November 26, 2024, and every ninety days thereafter, to apprise the Court of the progress of Defendant's processing of Plaintiffs' FOIA request.

SO ORDERED.

Date: _____          _____

                                                                                   United States District Judge