UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 22, 2024 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. Since the last Joint Status Report, Defendant has completed its search for records, identifying approximately 15,200 pages of potentially responsive records. On October 18, 2024, the FBI made its first interim production, which consisted of 500 pages reviewed, of which 53 pages were released. On November 20, 2024, the FBI made its second interim production, which consisted of 500 pages reviewed, of which 36 pages were released. Pursuant to its standard process, the FBI will review 500 pages per month,[1] and will provide monthly interim productions until processing is complete.

2. The parties propose that they file a further joint status report in approximately sixty days, or by January 27, 2025, and every sixty days thereafter, to update the Court on the status of Defendant's processing of Plaintiffs' request. A proposed order is submitted herewith.

---

[1] Any pages that are determined be out of scope or duplicative will not be processed.

Dated: November 26, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
D.C. Bar #MS0009
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

Robert Jeffrey Olson
D.C. Bar # 1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-507085
Rob@wjopc.com

*Counsel for Plaintiffs*

By:     */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. Bar #1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

**PROPOSED ORDER**

Upon consideration of the parties' November 26, 2024 Joint Status Report, it is hereby

ORDERED that the parties shall file a further Joint Status Report on or before January 27, 2025, and every sixty days thereafter, to apprise the Court of the progress of Defendant's processing of Plaintiffs' FOIA request.

SO ORDERED.

Date: _____     _____

United States District Judge