UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 22, 2024 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. In its last Joint Status Report, Defendant reported that it had completed its search for records, identifying approximately 15,200 pages of potentially responsive records. On February 20, 2025, the FBI made its fifth interim production, which consisted of 500 pages reviewed, of which 41 pages were released. On March 20, 2025, the FBI made its sixth interim production, which consisted of 500 pages reviewed, of which 57 pages were released. Pursuant to its standard process, the FBI will review 500 pages per month and will provide monthly interim productions until processing is complete.[1]

2. The parties propose that they file a further joint status report in approximately sixty days, or by June 2, 2025, and every sixty days thereafter, to update the Court on the status of Defendant's processing of Plaintiffs' request. A proposed order is submitted herewith.

Respectfully submitted,

---

[1] Any pages that are determined be out of scope or duplicative will not be processed.

Dated: April 2, 2025
      Washington, DC               EDWARD R. MARTIN, JR., D.C. Bar #481866
                                                  United States Attorney

*/s/ Robert Jeffrey Olson*
Robert Jeffrey Olson                    By:   */s/ Tabitha Bartholomew*
D.C. Bar # 1029318                       TABITHA BARTHOLOMEW,
WILLIAM J. OLSON, PC                  D.C. Bar #1044448
370 Maple Avenue West Suite 4     Assistant United States Attorney
Vienna, VA 22180                        601 D Street, NW
(703) 356-507085                      Washington, DC 20530
Rob@wjopc.com                         (202) 252-2529
                                                  Tabitha.Bartholomew@usdoj.gov

Stephen D. Stamboulieh
D.C. Bar #MS0009                      *Attorneys for the United States of America*
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

## **PROPOSED ORDER**

Upon consideration of the parties' April 2, 2025 Joint Status Report, it is hereby

ORDERED that the parties shall file a further Joint Status Report on or before June 2, 2025, and every sixty days thereafter, to apprise the Court of the progress of Defendant's processing of Plaintiffs' FOIA request.

SO ORDERED.

Date: _____      _____

United States District Judge