UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 22, 2024 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. In its November 26, 2024 Joint Status Report (ECF No. 11), Defendant reported that it had completed its search for records, identifying approximately 15,200 pages of potentially responsive records. On April 18, 2025, the FBI made its seventh interim production, which consisted of 500 pages reviewed, of which 0 pages were released. On May 20, 2025, the FBI made its eighth interim production, which consisted of 500 pages reviewed, of which 4 pages were released. Pursuant to its standard process, the FBI will review 500 pages per month and will provide monthly interim productions until processing is complete.[1]

2. The parties propose that they file a further joint status report in approximately sixty days, or by August 1, 2025, and every sixty days thereafter, to update the Court on the status of Defendant's processing of Plaintiffs' request. A proposed order is submitted herewith.

Respectfully submitted,

---

[1] Any pages that are determined be out of scope or duplicative will not be processed.

Dated: June 2, 2025
       Washington, DC  JEANINE FERRIS PIRRO
United States Attorney

<u>*/s/ Robert Jeffrey Olson*</u>
Robert Jeffrey Olson
D.C. Bar # 1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-507085
Rob@wjopc.com

Stephen D. Stamboulieh
D.C. Bar #MS0009
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

By:  <u>*/s/ Tabitha Bartholomew*</u>
     TABITHA BARTHOLOMEW,
       D.C. Bar #1044448
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2529
     Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

**PROPOSED ORDER**

Upon consideration of the parties' April 2, 2025 Joint Status Report, it is hereby

ORDERED that the parties shall file a further Joint Status Report on or before August 1, 2025, and every sixty days thereafter, to apprise the Court of the progress of Defendant's processing of Plaintiffs' FOIA request.

SO ORDERED.

Date: _____    _____

United States District Judge