UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 22, 2024 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. In its November 26, 2024 Joint Status Report (ECF No. 11), Defendant reported that it had completed its search for records, identifying approximately 15,200 pages of potentially responsive records. On November 20, 2025, the FBI made its 13th interim production, which consisted of 500 pages reviewed, of which 0 pages were released. On December 22, the FBI made its 14th interim production, which consisted of 500 pages reviewed, of which 0 pages were released. On January 20, 2026, the FBI made its 15th interim production, which consisted of 500 pages reviewed, of which 0 pages were released.

2. The FBI anticipates making a supplemental production containing other government agency consult and reprocessing materials from the 1st interim production on or before February 5, 2026.

3. Defendant proposes that the parties file a further Joint Status Report in approximately sixty days, no later than March 30, 2026, and every sixty days thereafter, to update the Court on the status of Defendant's processing of Plaintiffs' request. A proposed order is

1

submitted herewith.

Dated: January 28, 2026               Respectfully submitted,

                                      JEANINE FERRIS PIRRO
                                      United States Attorney

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh          By:   */s/ Rashad Hussain*
D.C. Bar #MS0009                      RASHAD HUSSAIN,
STAMBOULIEH LAW, PLLC                   D.C. Bar #985178
P.O. Box 428                          Assistant United States Attorney
Olive Branch, MS 38654                601 D Street, NW
(601) 852-3440                        Washington, DC 20530
Stephen@sdslaw.us                     (202) 252-7725
                                      Rashad.Hussain@usdoj.gov

Robert Jeffrey Olson
D.C. Bar # 1029318                    *Attorneys for the United States of America*
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
Rob@wjopc.com


*Counsel for Plaintiffs*