UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.,

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-1301 (ACR)

## JOINT STATUS REPORT

Pursuant to the Court's August 22, 2024 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

**Defendant's Position**

1. In its November 26, 2024 Joint Status Report (ECF No. 11), Defendant reported that it had completed its search for records, identifying approximately 15,200 pages of potentially responsive records. FBI has been processing 500 pages per month, and previous JSRs have summarized Defendant's monthly productions, including pages that have been produced and released to Plaintiff.

2. FBI anticipated making a supplemental production containing other government agency consult and reprocessing materials from the first interim production on or before February 5, 2026. FBI has received back these materials from other agencies, but FBI components continue to review redactions in these materials. FBI anticipates that it will complete this production as soon as this week.

3. Defendant proposes that the parties file a further Joint Status Report in approximately sixty days, no later than May 29, 2026, and every sixty days thereafter, to update the

Court on the status of Defendant's processing of Plaintiffs' request.  A proposed order is submitted herewith.

**Plaintiffs' Position**

1.  On October 1, 2025, Plaintiffs filed a Motion to Compel Defendant to Produce Perpetually Referred Records, which the parties subsequently briefed.  *See* ECF Nos. 16, 18, 19. As Plaintiffs explained, the FBI has created a scheme for document production in this case whereby it "refers" virtually all documents to other agencies, but from which none ever return.  This has allowed the FBI to claim to be processing documents, but in reality to produce virtually none.  This has been the status quo for nearly 18 months.

2.  On January 28, 2026, in a Joint Status Report, Defendant reported that the "FBI anticipates making a supplemental production containing OGA consult and reprocessing materials from the 1st interim production on or before February 5, 2026."  *See* ECF No. 21 at ¶2.

3.  That supplemental production did not occur.

4.  Through counsel, Plaintiffs requested a status update on February 26, 2026, and again on March 19, 2026.  Plaintiffs were told that the FBI was still working on the production.

5.  On March 26, 2026, after seeking another update, Plaintiffs were told that the FBI intended to make its February 5 production by March 30, 2026 (today).

6.  That production has not occurred.

7.  Rather, the FBI now claims – again – in this JSR that it is still working on it.

8.  The FBI appears to have no intention of producing any documents in this case without this Court's intervention.

Dated: March 30, 2026                              Respectfully submitted,

                                                   JEANINE FERRIS PIRRO
                                                   United States Attorney


/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh                             By:   /s/ Rashad Hussain
D.C. Bar #MS0009                                         RASHAD HUSSAIN,
STAMBOULIEH LAW, PLLC                                      D.C. Bar #985178
P.O. Box 428                                            Assistant United States Attorney
Olive Branch, MS 38654                                  601 D Street, NW
(601) 852-3440                                          Washington, DC 20530
Stephen@sdslaw.us                                       (202) 252-7725
                                                        Rashad.Hussain@usdoj.gov
Robert Jeffrey Olson
D.C. Bar # 1029318                                 *Attorneys for the United States of America*
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
Rob@wjopc.com


*Counsel for Plaintiffs*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.,

Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 24-1301 (ACR)

**PROPOSED ORDER**

Upon consideration of the parties' March 30, 2026 Joint Status Report, it is hereby

ORDERED that the parties shall file a further Joint Status Report on or before May 29,

2026, and every sixty days thereafter, to apprise the Court of the progress of Defendant's

processing of Plaintiffs' FOIA request.

SO ORDERED.

Date: _____        _____

United States District Judge

4