UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 18, 2026 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

On October 1, 2025, Plaintiffs filed a motion to compel, seeking the return of thousands of pages of documents that Defendant had "referred" to other agencies for review, but which, even after many months, had not been returned by those agencies to Defendant.

After a hearing on May 14, 2026, the Court granted Plaintiffs' motion by Minute Order dated May 18, 2026. In it, the Court ordered:

> documents referred to one agency must be returned "within 60 days," or by July 17, 2026;
>
> documents referred to two or more agencies must be returned "within 90 days," or by August 26, 2026;
>
> upon return of documents, the FBI would have 21 days to produce them to Plaintiffs, meaning that all documents would be produced by September 6;
>
> any agency failing to comply with the deadline for return of documents to Defendant must confer with the parties' counsel and schedule a status conference with the Court; and
>
> the parties must file another joint status report "within 120 days," or by September 15, 2026.

On August 13, 2026, Defendant made two supplemental productions to Plaintiffs. On September 3, 2026, Defendant made 8 additional supplemental productions to Plaintiffs, and on September 4, 2026, Defendant made 5 additional supplemental productions to Plaintiffs. All documents for these 15 productions have been returned to Defendant have now been produced to Plaintiffs.

However, three productions remain outstanding with the U.S. Army. Per the Court's instructions, Defendant reports that it promptly informed the Army and other agencies of the deadline in this Court's May 18, 2026 Minute Order. Defendant has received one set of materials from Army that Defendant has processed and produced to Plaintiff, but three productions remain outstanding. Defendant most recently followed up with Army counsel on September 11, 2026. Defendant continues to confer with Army to determine the status of the consult materials and when those documents will be returned to Defendant, but Defendant does not currently have an estimated date for return or production to Plaintiff.

Dated: September 11, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Robert J. Olson
Robert J. Olson
D.C. Bar # 1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
rob@wjopc.com

*Counsel for Plaintiffs*

By: */s/ Rashad Hussain*
RASHAD HUSSAIN,
D.C. Bar #985178
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7725
Rashad.Hussain@usdoj.gov

*Attorneys for the United States of America*