UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-1301 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 2, 2026 Minute Order, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") matter.

The Court's October 2, 2026 Minute Order provided that "If Defendant produces the final three sets of materials before the status conference, the Court ORDERS the parties to file a Joint Status Report informing the Court of the production." ECF No. 25, October 2, 2026. Defendant reports that on November 12, 2026, Defendant produced the final three sets of materials and sent them to Plaintiff by FedEx. Plaintiff is awaiting receipt of the materials.

Dated: November 13, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Robert J. Olson
Robert J. Olson
D.C. Bar # 1029318
WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
rob@wjopc.com

*Counsel for Plaintiffs*

By: */s/ Rashad Hussain*
RASHAD HUSSAIN,
D.C. Bar #985178
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7725
Rashad.Hussain@usdoj.gov

*Attorneys for the United States of America*